PER CURIAM.

(No. 75-CC-348—)

J. DONALD EASTON, M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed December 6, 1974.*

J. DONALD EASTON, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

206

PER CURIAM.